

# Fourth Court of Appeals
## San Antonio, Texas

July 22, 2019

No. 04-19-00043-CV

Deborah A. **FERREL**, and all other Occupants of 11603 Wood Harbor, San Antonio, TX 78249,
Appellant

v.

**CERBERUS SFR HOLDINGS L.P.**,
Appellee

From the County Court at Law No. 3, Bexar County, Texas
Trial Court No. 2018CV06841
Honorable Richard Price, Judge Presiding

# O R D E R

Appellant's brief was originally due to be filed on April 29, 2019. When neither the brief nor a motion for extension of time was filed, the clerk of this court issued a notice to appellant that the brief was late. The notice from this court instructed appellant to either file the brief or a motion for extension of time no later than June 3, 20129. On June 4, 2019, counsel for appellant called and spoke to a deputy clerk of this court, acknowledging receipt of the late brief notice and stating he planned to file a written response or motion to dismiss the appeal within the next few days. Despite counsel's repeated assurances that a motion to dismiss the appeal or motion for extension to file the brief was going to be filed, to date neither the brief nor a motion for extension nor a motion to dismiss has been filed. It is therefore ORDERED that appellant show cause in writing *within ten (10) days* from the date of this order stating why this appeal should not be dismissed for want of prosecution. TEX. R. APP. P. 38.8(a), 42.3(b).

_____
Liza A. Rodriguez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 22nd day of July, 2019.



Keith E. Hottle,
Clerk of Court